B1056c (5/2014)



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

<span style="color:red">**USDC HAWAII CASE**
**1:16-mc-00137-JMS-KSC**</span>

*Debtor(s):*  LEONARDR GEORGE HOROWITZ                Chapter 13      Case No.  16-00239

*Plaintiff(s):*
("et al." if multiple)   LEONARD G. HOROWITZ and SHERRI KANE                A.P. No.  16-90015

*vs. Defendant(s):*
("et al." if multiple)   PAUL J. SULLA, JR., et al.

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Findings and Recommendation re IFP Application

Suggested Cause of Action (District CM/ECF):

28:0157c (28:0157(c)(1) Findings, Concl. & Proposed Judgment)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☒ Filing fee paid or no fee due.        ☐ Filing fee not paid.

| Party | Leonard G. Horowitz | Role | Applicant |
|---|---|---|---|
| Party | Sherri Kane | Role | Applicant |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties        ☐ Docket sheet attached        ☐ Attorney list attached

Dated:  May 13, 2016                                Michael B. Dowling, Clerk
_____